# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-02311-MWF-GJS | Date | August 30, 2021 |
| Title | Mocha Gunaratna v. Dennis Gross Cosmetology LLC et al | | |

Present: The Honorable   GAIL J. STANDISH, U.S. MAGISTRATE JUDGE

| E. Carson | Zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Yana A Hart | Steven William Garff |

**Proceedings:**   Defendant's Motion for Protective Order [54]

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding Defendant's Motion and issues its tentative ruling denying the motion as set forth in detail on the record. In sum, the Court made clear when the parties spoke on the pre-discovery motion teleconference on June 30, 2021 (Dkt. 52) that the Court would not approve Defendant's proposed addition to the protective order, which would prohibit Plaintiff from using any of the putative class members' contact information obtained from Defendant and/or various subpoenaed third parties to contact such individuals in any way. The Court ordered the parties to meet and confer to find a compromise or at least narrow the issues. The Court also ordered the parties to inform any subpoenaed third parties that they were invited to join in the briefing (or provide separate briefs) on Defendant's motion for protective order.

In the intervening months, Defendants never proposed any possible compromises and instead continued to insist on the provision that the Court had already indicated it would not approve. Defendant's present motion continues to seek such an addition, while Plaintiffs proposed certain compromises. No third parties joined the motion practice.

|  | : | 44 |
|---|---|---|
| Initials of Preparer | efc | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-02311-MWF-GJS | Date | August 30, 2021 |
|---|---|---|---|
| Title | Mocha Gunaratna v. Dennis Gross Cosmetology LLC et al | | |

After hearing argument, the Court indicated that it intended to deny Defendants' motion; expected to shift attorneys fees under Rule 37 because of Defendant's unsupportable and intransigent position; and proposed the terms of an addition to the protective order that would protect Defendant and any third parties providing information, consumers, and yet allow Plaintiff to conduct discovery sufficient to proceed with Class Certification briefing.

The Court therefore took the motion under submission and ordered the following additional filings:

1. By September 7, 2021, Plaintiff's counsel shall file a declaration outlining the attorney's fees incurred in opposing Defendant's Motion for Protective order.

2. Plaintiff's counsel shall also provide to the Court a short paragraph to be inserted into the protective order that includes the terms outlined by the Court at the hearing. The proposed paragraph will be provided to defense counsel for review and response, if necessary, before it is provided to the Court. If counsel are unable to agree to the language to be inserted into the protective order, a joint email with the proposed language and outlining any remaining disputes shall be provided to the Court by Friday, September 10, 2021.

**IT IS SO ORDERED.**

|  | : | 44 |
|---|---|---|
| Initials of Preparer | efc | |