1

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Yana Hart (SBN 306499)
yhart@clarksonlawfirm.com
Tiara Avaness (SBN 343928)
tavaness@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

2

3

4

5

6

**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
Stephen Y. Ma (SBN 214998
sma@earlysullivan.com
Lisa L. Boswell (SBN 190304
lboswell@earlysullivan.com
6420 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048
Tel: (323) 301-4660

*Attorneys for Defendant Dr. Dennis Gross Skincare*

7

*Attorneys for Plaintiffs and the Certified Class*

8

9

**PRICE PARKINSON & KERR, PLLC**
Steven Garff (SN 268074
steven.garff@ppktrial.com
Jason M. Kerr (Pro Hac Vice)
jasonkerr@ppktrial.com
David Parkinson (Pro Hac Vice)
davidparkinson@ppktrial.com
5742 West Harold Gatty Drive Suite 101
Salt Lake City, UT 84116

10

11

12

13

14

*Attorneys for Defendant Dr. Dennis Gross Skincare*

15

16

# UNITED STATES DISTRICT COURT

17

# CENTRAL DISTRICT OF CALIFORNIA

18

19

20

21

22

23

24

25

MOCHA GUNARATNA and RENEE CAMENFORTE, individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

DR. DENNIS GROSS SKINCARE, LLC,

Defendant.

Case No.  2:20-CV-02311-MWF-GJS

**STIPULATION TO STAY AND NOTICE OF CLASS SETTLEMENT**

Date Filed:  March 10, 2020
Trial Date:  N/A

26

27

28

1    Plaintiffs Mocha Gunaratna and Renee Camenforte ("Plaintiffs") and
2  Defendant Dr. Dennis Gross Skincare, LLC ("DDG") (collectively, the "Parties"),
3  by and through their respective counsel, hereby stipulate:
4    WHEREAS, Plaintiffs filed their original Complaint on March 10, 2020,
5  against original Defendants Dennis Gross Cosmetology, LLC and Dennis Gross
6  Dermatology LLC (collectively, "Defendants") alleging that DDG's C + Collagen
7  Deep Cream, C + Collagen Serum, C + Collagen Mist, and C + Collagen Eye Cream
8  (collectively, the "Products") were deceptively and unlawfully labeled because they
9  did not contain animal collagen (ECF No. 1);
10    WHEREAS, on November 13, 2020, this Court dismissed with leave to amend
11  Plaintiffs' claim on behalf of a nationwide class and otherwise denied DDG's motion
12  to dismiss (ECF No. 35);
13    WHEREAS, on March 7, 2023, counsel for Plaintiffs filed another lawsuit
14  against DDG alleging similar claims regarding the Products on behalf of a putative
15  nationwide class and New York subclass in the Southern District of New York (*see*
16  *Kandel v. Dr. Dennis Gross Skincare, LLC*, No. 1:23-cv-01967-ER (S.D.N.Y.)
17  ("*Kandel* Action));
18    WHEREAS, on March 24, 2023, this Court entered an Order granting
19  Plaintiffs' Motion for Class Certification of a California class and Denying DDG's
20  Motion for Summary Judgment (ECF No. 247);
21    WHEREAS, on June 29, 2023, DDG moved to dismiss the *Kandel* Action;
22    WHEREAS, on January 5, 2024, Plaintiffs filed a Motion for Sanctions against
23  DDG (ECF No. 319), whose opposition and reply briefing deadlines are pending and
24  which is set to be heard by the Court on April 15, 2024 (ECF No. 363);
25    WHEREAS, on February 8, 2024, the Parties attended mediation with the Hon.
26  Peter D. Lichtman and reached a settlement in principle to resolve both this Action
27  and the *Kandel* Action on a classwide and nationwide basis (*see* ECF No. 362);
28

STIPULATION TO STAY AND NOTICE OF SETTLEMENT

1    WHEREAS, on February 15, 2024, the Parties filed a Joint Stipulation to reset

2  the briefing schedule regarding Plaintiffs' Motion for Sanctions and Filing of Public

3  Documents (ECF No. 356), which the Court granted on February 16, 2024 (ECF No.

4  358);

5    WHEREAS, on February 22, 2024, the Parties filed a second Joint Stipulation

6  to reset the briefing schedule regarding Plaintiffs' Motion for Sanctions and Filing of

7  Public Documents (ECF No. 359), which the Court granted on February 23, 2024

8  (ECF No. 360);

9    WHEREAS, on March 5, 2024, Judge Edgardo Ramos granted in part and

10 denied in part DDG's Motion to Dismiss the *Kandel* Action, dismissing without

11 prejudice the breach of warranty and unjust enrichment claims on behalf of the

12 nationwide class and permitting plaintiff to file an amended complaint by March 26,

13 2024;

14   WHEREAS, on March 8, 2024, the Parties filed a third Joint Stipulation to

15 reschedule briefing regarding Plaintiffs' Motion for Sanctions and Filing of Public

16 Documents by two weeks to allow the parties to continue settlement negotiations

17 (ECF No. 362), which the Court granted on March 11, 2024 (ECF No. 363);

18   WHEREAS, the Parties have now reached agreement as to the key terms of

19 the settlement and are in the process of drafting and negotiating the settlement

20 agreement and exhibits;

21   WHEREAS, because Defendant is headquartered in New York, the parties

22 intend to pursue preliminary and final approval of a nationwide settlement in federal

23 court in the State of New York in the *Kandel* Action, subject to approval by the

24 Honorable Edgardo Ramos, U.S. District Judge, Southern District of New York;

25   WHEREAS, Plaintiffs will file an amended complaint in *Kandel* to address the

26 *Kandel* court's March 5, 2024 order and to facilitate the *Gunaratna* and *Kandel*

27 Plaintiffs' pursuit and resolution of all claims on behalf of all Settlement Class

28 Members in a single action in the Southern District of New York;

STIPULATION TO STAY AND NOTICE OF SETTLEMENT

sf-5837200

1    WHEREAS, the Parties have further met and conferred and believe that a stay

2    of the proceedings before this Court for a period of 90 days pending completion of

3    the settlement documents and filing and resolution of a motion for preliminary

4    approval of the nationwide class settlement in the *Kandel* action would conserve the

5    resources of the Parties and serve the interests of judicial economy;

6    WHEREAS, although the terms of the proposed settlement will remain

7    confidential until the preliminary approval motion is filed in *Kandel*, the Parties are

8    prepared to update the Court regarding the terms of the settlement in principle in the

9    interim should the Court desire them to do so;

10    WHEREAS, following grant of preliminary approval in the *Kandel* action, the

11    Parties will so inform this Court and will seek a further stay of the present action

12    pending completion of the final settlement approval process in *Kandel*;

13    WHEREAS, in the event the parties are unable to finalize a settlement

14    agreement and/or are unable to obtain preliminary approval of the proposed

15    settlement in the next 90 days, the parties anticipate proposing a case management

16    schedule for this Court's approval, which will allow the parties appropriate time to

17    prepare for pending motions, and trial;

18    THEREFORE, for good cause shown, the parties stipulate and agree, subject

19    to the Court's approval, that this action be temporarily stayed until June 19, 2024, so

20    the parties may finalize and document the terms of the settlement and file for and

21    obtain preliminary approval of the settlement.

22

23

24

25

26

27

28

STIPULATION TO STAY AND NOTICE OF SETTLEMENT
sf-5837200

Dated: March 21, 2024 **CLARKSON LAW FIRM, P.C.**


By: */s/ Ryan J. Clarkson*
      Ryan J. Clarkson, Esq.
      Yana Hart, Esq.
      Tiara Avaness, Esq.

      Attorneys for Plaintiffs and the
      Certified Class

Dated: March 21, 2024 **PRICE PARKINSON & KERR, PLLC**


By: */s/ Steven Garff*
      Steven Garf, Esq.
      Jason Kerr, Esq.

      Attorneys for Defendant,
      DR. DENNIS GROSS SKINCARE,
      LLC

Dated: March 21, 2024 **MORRISON & FOERSTER LLP**


By: */s/ Claudia M. Vetesi*
      Claudia M. Vetesi, Esq.

      Attorneys for Defendant,
      DR. DENNIS GROSS SKINCARE,
      LLC

4

sf-5837200