# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOCHA GUNARATNA and RENEE CAMENFORTE, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DR. DENNIS GROSS SKINCARE, LLC,<br><br>    Defendant. | Case No.  2:20-CV-02311-MWF(GJSx)<br><br>**ORDER GRANTING STIPULATION TO STAY CASE AND NOTICE OF CLASS SETTLEMENT**<br><br>Date Filed:  March 10, 2020<br>Trial Date:  N/A |

Based upon Plaintiffs Mocha Gunaratna and Renee Camenforte ("Plaintiffs") and Defendant Dr. Dennis Gross Skincare, LLC's ("Defendant") (collectively, the "Parties") Stipulation to Stay [Docket No. 366], and good cause stated therein, **IT IS HEREBY ORDERED** that:

This action is temporarily stayed until June 19, 2024, and the parties shall file a Joint Status Report by that date.

IT IS SO ORDERED.

Dated:  March 22, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28