Stephen Y. Ma, State Bar Number 214998
   *sma@earlysullivan.com*
Lisa L. Boswell, State Bar Number 190304
   *lboswell@earlysullivan.com*
Ryan M. Hemar, SBN 305355
   *rhemar@earlysullivan.com*
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

**PRICE PARKINSON & KERR, PLLC**
STEVEN GARFF (SBN 268074)
*steven.garff@ppktrial.com*
JASON M. KERR (*Pro Hac Vice*)
*jasonkerr@ppktrial.com*
DAVID PARKINSON (*Pro Hac Vice*)
*davidparkinson@ppktrial.com*
5742 West Harold Gatty Drive Suite 101
Salt Lake City, Utah 84116
Phone: (801) 530-2900

Attorneys for Defendant
Dr. DENNIS GROSS SKINCARE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOCHA GUNARATNA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DR. DENNIS GROSS SKINCARE, LLC, a New York Limited Liability Company,<br><br>Defendant. | Case No.: 2:20-cv-02311- MWF-GJS<br><br>**DEFENDANT'S AMENDED NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1]**<br><br>Date Filed:   March 10, 2020<br>Trial Date:   November 5, 2024 |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

577140.1

# AMENDED CORPORATE DISCLOSURE STATEMENT

This disclosure statement is filed on behalf of Dr. Dennis Gross Skincare, LLC ("DDG").  In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% of more of its stock or state that there is no such corporation.

The undersigned certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

DDG is a New York Limited Liability Company located at 500 5th Ave., New York, NY 10021.  DDG is now a wholly owned subsidiary of Shiseido Americas Corporation located at 390 Madison Ave., New York, NY 10017.

Shiseido Company, Limited is an ultimate shareholder in DDG or its parent and is publicly traded on the Tokyo Stock Exchange.  More information about Shiseido Company, Limited is available at https://corp.shiseido.com/en/.  No other publicly held corporation owns 10% or more of DDG's stock.

///
///
///
///
///
///
///
///
///
///
///
///

AMENDED NOTICE OF INTERESTED PARTIES

577140.1

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule Civil Rule 7.1-1, the undersigned, counsel of record for Defendant Dr. Dennis Gross Skincare, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.    Mocha Gunaratna, Plaintiff;

2.    Rene Camenforte, Plaintiff;

3.    Dr. Dennis Gross Skincare, LLC, Defendant; and

4.    Shiseido Company, Limited, an ultimate shareholder in DDG.

Respectfully submitted,

Dated:  April 1, 2024

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: */s/ Stephen Y. Ma*
Stephen Y. Ma
Lisa L. Boswell
Ryan M. Hemar
Attorneys for Defendant
Dr. DENNIS GROSS SKINCARE, LLC

By: */s/ Steven W. Garff*
**PRICE PARKINSON & KERR, PLLC**
STEVEN W. GARFF
*steven.garff@ppktrial.com*
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Phone: (801) 530-2900
Attorneys for Defendant
Dr. DENNIS GROSS SKINCARE, LLC

5766076.1


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

577140.1